# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL WILLIAMS, | : | Civil No. 3:19-cv-1619 |
| Petitioner | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| ANGELA HOOVER, WARDEN OF | : | |
| THE CLINTON COUNTY | : | |
| CORRECTIONAL FACILITY, *et al.*, | : | |
| Respondents | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

AND NOW, to wit, this 25th day of February 2020, upon consideration of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the Court's Memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. §2241 is GRANTED.

2. Within twenty-one days of the date of this ORDER, Petitioner shall be afforded an individualized bond hearing before an immigration judge.

3. The Clerk of is directed to CLOSE this case.

                                        **BY THE COURT:**

                                        **s/James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**